IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CONNIE SMITH                                                                                 PLAINTIFF

vs.                                     Civil No. 4:15-cv-04079

CAROLYN COLVIN                                                   DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 18th day of July 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                      /s/ Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE